UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re SEARCH WARRANT ISSUED ON OCTOBER 30, 2016 FOR ACCESS TO EMAIL MESSAGES INVOLVING HILLARY R. CLINTON LOCATED ON THE COMPUTER OF ANTHONY WEINER AND HUMA ABEDIN;

E. Randol Schoenberg,

*Applicant*
~~Petitioner;~~

-v-

~~Ruby J. Krajick,~~

~~Respondent.~~

------------------------------------------------------------------x

DOC #_____

~~Proposed~~ Order

Index No. 16 MISC 464

ORDER

~~PROPOSED ORDER TO FILE UNDER SEAL~~

WHEREAS, Petitioner has filed a memorandum of law and supporting Declaration of Abraham J. Hassen (filed contemporaneously herewith), on the ground that these documents potentially contain information that could be deemed confidential;

IT IS HEREBY ORDERED that *the application to file* the above mentioned materials ~~be filed~~ under judicial seal *is DENIED. The Clerk shall assign a miscellaneous docket number and assign the case to the undersigned pursuant to the direction of the Assignment Committee.*

*Ruby J. Krajick is DISMISSED ON CONSENT OF THE PARTIES. CAPTION TO BE AMENDED AS ABOVE. Appearances to be added as they appear on Exhibit A hereto.*

Dated: New York, New York

December *13*, 2016

Issued: *12:33 pm* .m.

_____
~~U.S.D.C.J.~~
USDJ

Exhibit A

CIVIL MEMORANDUM TO DOCKET CLERK
BEFORE:  Hon. P. Kevin Castel, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re SEARCH WARRANT ISSUED ON OCTOBER
30, 2016 FOR ACCEDD TO EMAIL MESSAGES
INVOLVING HILLARY R. CLINTON LOCATED
ON THE COMPUTER OF ANTHONY WEINER AND
HUMA ABEDIN;

E. Randol Schoenberg,
                                    Applicant.
------------------------------------------------------------------X

Show Cause Hearing

[ ]Began   [x]Held   [ ]Continued   [ ]Completed   [ ]Scheduled for
Date: December 13, 2016   Time: 12:00 p.m.   Duration: (Hr.)___ (Min.) 40.

FOR PLAINTIFF:

David Bruce Rankin and Abraham Hassen
Rankin & Taylor, PLLC, 11 Park Place, Suite 914, NY, NY 10007
(212)-226-4507, Fax: (212)-658-9480, Email: David@DRMTLaw.com

FOR DEFENDANT:

Jennie Leah Kneedler, Department of Justice, Washington, D.C. Civil Division, Federal Programs Branch, 20 Massachusetts Ave NW Ofc 7308, Washington, DC 20001, (202) 305-8662

Ellen Blain, AUSA 86 Chambers Street, NY, NY (212) 637-2743 ellen.blain@usdoj.gov


Court Rulings:  Ruby J. Krajick is dismissed as Respondent. The clerk should assign a miscellaneous docket number to this case.  Two subjects and Secretary Clinton to be served by Applicant today.  Any submission due December 15 by 5:00 p.m.



Court Reporter:  Kelly Surina
Submitted by:  Florence Nacanther
                        Courtroom Deputy