# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

Matthew L. Schwartz
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

December 15, 2016

**BY FACSIMILE**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7949

  Re: *In re Search Warrant Issued on October 30, 2016*
    **16 Misc. ___ (PKC)**

Dear Judge Castel:

  We represent Huma Abedin, whom Your Honor invited to be heard in connection with the above-referenced application, along with Secretary Clinton and Anthony Weiner.

  Ms. Abedin is unable to evaluate the application because the Government has never provided her with a copy of the warrant it reportedly obtained to search certain e-mails – e-mails that Ms. Abedin was not aware were on Mr. Weiner's computer until October 28th, when Director Comey wrote his first letter to Congress. We understand that Mr. Weiner has likewise not been provided with a copy of this material. *Compare* Fed. R. Crim. P. 41 ("The officer executing the warrant *must* give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken. . . ." (emphasis supplied)).

  On behalf of Ms. Abedin, we therefore respectfully request permission to review the warrant and warrant application once they are submitted to the Court so that Ms. Abedin may formulate her position. Thank you for your consideration of this request.

            Respectfully,

            Karen L. Dunn
            Matthew L. Schwartz
            Peter M. Skinner
            BOIES, SCHILLER & FLEXNER LLP
            575 Lexington Avenue
            New York, New York 10022

cc:  All counsel (by e-mail)