# Rankin & Taylor

**Attorneys at Law**

_____

11 Park Place, Suite 914  David@DRMTLaw.com
New York, NY 10007  Phone: 212-226-4507
  Fax: 212-658-9480

**VIA ECF ONLY**

December 15, 2016

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, 12C
New York, NY 10007-1312

      **Re:**    In Re: Search Warrant issued on October 30, 2016
              <u>16-MC-00464-PKC</u>

Your Honor:

      I represent E. Randol Schoenberg in the above referenced-matter. By email dated December 15, 2016, I have been informed that former Secretary of State Clinton appreciates the opportunity to be heard, but takes no position on the requested unsealing.

      Further, I write to respectfully direct the Court to documents released by the United States Federal Bureau of Investigation to potentially assist in evaluating any privilege asserted in regards to information in the public domain.[1] *See, Chevron U.S.A., Inc. v. United States*, 83 Fed. Cl. 195, 200 (Fed. Cl. 2008).

      We thank Your Honor for your attention to this matter.

                                      Respectfully submitted,

                                      David B. Rankin

DBR/

---

[1] *See,* AJ Vicens, *Here Are the FBI's Files From the Hillary Clinton Email Investigation*, Mother Jones, September 2, 2016, *available at* http://www.motherjones.com/politics/2016/09/here-are-fbis-files-hillary-clinton-email-investigation.