UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re SEARCH WARRANT ISSUED ON October 30, 2016 FOR ACCESS TO EMAIL MESSAGES INVOLVING HILLARY R. CLINTON LOCATED ON THE COMPUTER OF ANTHONY WEINER AND HUMA ABEDIN

E. Randol Schoenberg,

                Applicant.

NOTICE OF APPEARANCE

16-MC-00464 (PKC)

---

TO:    The Clerk of the Court and all parties of record:

    I am admitted to practice in the United States District Court for the Southern District of New York. I hereby appear as counsel in this case on behalf of the applicant E. Randol Schoenberg.

Dated:    New York, New York
             December 15, 2016

Respectfully submitted,

By: _____
Gillian Cassell-Stiga, Esq.
Rankin & Taylor, PLLC
*Attorneys for Applicant*
11 Park Place, Suite 914
New York, New York 10007
t: 212-587-8558
f: 212-658-9480
e: gillan@drmtlaw.com