UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: SEARCH WARRANT, ETC.,

E. RANDOL SCHOENBERG,

                                  Applicant.

-----------------------------------------------------------x

CASTEL, U.S.D.J.

16-mc-00464 (PKC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/17

           All proceedings having been concluded, the Clerk is directed to administratively close the matter.

           SO ORDERED.

                                                          P. Kevin Castel
                                                          United States District Judge

Dated: New York, New York
        May 2, 2017